**LINCOLN LAND COMPANY, a Corporation,**

v.

**Ralph H. LANPHIER et al.**

No. 5394.

United States Court of Appeals
Tenth Circuit.

July 16, 1956.

Robert G. Simmons, Jr., Floyd E. Wright, and Robert M. Harris, Scottsbluff, Neb., and Mr. Stanley K. Hathaway, Torrington, Wyo., for appellant.

R. R. Bostwick, Casper, Wyo., George P. Sawyer, and Hal E. Morris, Torrington, Wyo., for appellees.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of counsel.

**Hersey W. YOUNG, Jr.,**

v.

**Lark L. WASHBURN.**

No. 5351.

United States Court of Appeals
Tenth Circuit.

July 20, 1956.

Allan E. Mecham and Bryce E. Roe, Salt Lake City, Utah, for appellant.

Robert H. Ruggeri, Moab, Utah, for appellee.

BRATTON, Chief Judge.

Appeal dismissed pursuant to stipulation of counsel.

**Joseph R. LUCAS et al.**

v.

**Ralph L. LARGE et al.**

No. 5415.

United States Court of Appeals
Tenth Circuit.

July 16, 1956.

Ross L. Malone and Charles F. Malone, Roswell, N. M., for appellants.

Frank M. Mims, Albuquerque, N. M., and T. T. Sanders, Jr., Roswell, N. M., for appellees.

Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.

**George Marcus LOWE**

v.

**UNITED STATES of America.**

No. 5369.

United States Court of Appeals
Tenth Circuit.

July 20, 1956.

Hayden C. Covington, Brooklyn, N. Y., for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., and Royce D. Sickler, Asst. U. S. Atty., Wichita, Kan., Eugene N. Barkin, Dept. of Justice, Washington, D. C., for appellee.

BRATTON, Chief Judge.

Appeal dismissed on motion of appellant.